In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 21-12131

_____

HANNIBAL BURESS,

                                                    Plaintiff-Appellee,

*versus*

CITY OF MIAMI, et al.,

                                                    Defendants,

ELIO VILLEGAS,

                                                    Defendant-Appellant.

———————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:20-cv-23078-MGC

———————————

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: June 15, 2022

For the Court: DAVID J. SMITH, Clerk of Court